## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RUSSELL SCOTT SHICK,                               :    No. 33 WAP 2017
                                                   :
            Appellant                   :
                                                   :
                                                   :
            v.                          :
MICHAEL R. CLARK,                                  :
SUPERINTENDENT, INDIVIDUALLY                       :
AND COLLATERALLY, MELINDA L.                       :
ADAMS, DEPUTY SUPERINTENDENT,                      :
INDIVIDUALLY AND COLLATERALLY,                     :
CARL FRANZ, DEPUTY                                 :
SUPERINTENDENT, INDIVIDUALLY                       :
AND COLLATERALLY, MICHELLE                         :
THARP, GRIEVANCE COORDINATOR,                      :
INDIVIDUALLY AND COLLATERALLY,                     :
RONI MARTUCCI, FORMER                              :
GRIEVANCE COORDINATOR,                             :
INDIVIDUALLY AND COLLATERALLY,                     :
DIANE WOODSIDE, DIRECTOR OF                        :
POLICY AND LEGISLATION,                            :
INDIVIDUALLY AND COLLATERALLY,                     :
CHRISTINE ZIRKLE, FORMER CHCA,                     :
INDIVIDUALLY AND COLLATERALLY,                     :
MICHAEL EDWARDS, CHCA,                             :
INDIVIDUALLY AND COLLATERALLY,                     :
VALERIE KUSIAK, FORMER CHCA,                       :
INDIVIDUALLY AND COLLATERALLY,                     :
LISA LINDER, R.N.S., INDIVIDUALLY                  :
AND COLLATERALLY,                                  :
                                                   :
            Appellees                   :


## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of September, 2017, the Notice of Appeal is quashed, and the Application for Relief and the Application for Leave to Supplement Filing are denied.